[No. 15500-1-II.   Division Two.   August 9, 1994.]

THOMAS J. WESTBROOK, ET AL, *Appellants*, v. CASCADE WEST FOREST PRODUCTS, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-00410-1, Waldo F. Stone, J., entered October 24, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 15087-5-II.   Division Two.   August 9, 1994.]

SAM ARGO, *Appellant*, v. MICHAEL NEIL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-07365-5, Frederick B. Hayes, J., entered May 24, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 15439-1-II.   Division Two.   August 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FIDEL JOSE AGUILERA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-00811-0, Terry D. Sebring, J., entered September 24, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 15698-9-II.   Division Two.   August 9, 1994.]

RODRICK NILSSON, ET AL, *Respondents*, v. DAVID WALTERICK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Mason County, No. 89-2-00308-6, James B. Sawyer II, J., entered December 9, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.